IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. _____ |
| C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC., | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF AMERICAN INTERNATIONAL
GROUP, INC.'S DISCLOSURE PURSUANT TO RULE 7.1**

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff American International Group, Inc. states that it is a Delaware corporation with no corporate parents, and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Rodger D. Smith II_
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff American International Group, Inc.*

OF COUNSEL:

Jeffrey A. Conciatori
Michael B. Carlinsky
Jennifer J. Barrett
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
(212) 849-7000

July 28, 2006

530769