✎ AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    Patents or  X Trademarks:

| DOCKET NO.<br>06cv463 | DATE FILED<br>7/28/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>American International Group, Inc. | | DEFENDANT<br><br>C.V. Starr & Co. and American International Marine Agency<br>of New York, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,040,729 | 6/1/76 | Ocean and Inland Marine Insurance Agency and Brokerage Services |
| 2 | 1,040,730 | 06/01/76 | Ocean and Inland Marine Insurance Agency and Brokerage Services |
| 3 | 1,023,912 | 10/28/75 | American International Group, Inc. |
| 4 | 1,661,062 | 10/15/91 | American International Group, Inc. |
| 5 | 1,190,934 | 02/23/82 | American International Group, Inc. |
| | 1,151,230 | 04/14/81 | American International Group, Inc. |
| | 2,168,144 | 06/23/98 | American International South Insurance Company |
| | 2,037,682 | 2/11/97 | American International Pacific Insurance Company |
| | 1,840,829 | 6/21/94 | American International Assistance Services, Inc. |
| | 1,872,028 | 01/03/95 | American International Specialty Lines Insurance Company |
| | 2,376,437 | 08/15/00 | American International Group, Inc. |
| | 2,398,912 | 10/31/00 | American International Group, Inc. |
| | 2,487,923 | 09/11/01 | American International Group, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| <br><br><br><br> |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**