# United States District Court

_____ DISTRICT OF DELAWARE _____

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | SUMMONS IN A CIVIL ACTION |
| Plaintiff, | |
| v. | CASE NUMBER: 06 - 463 |
| C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC., | |
| Defendants. | |

TO:  AMERICAN INTERNATIONAL MARINE
     AGENCY OF NEW YORK, INC.
     c/o Delaware Secretary of State
     John G. Townsend Building
     Federal and Duke of York Streets
     Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

   Rodger D. Smith II, Esquire
   Morris, Nichols, Arsht & Tunnell LLP
   1201 N. Market Street
   P.O. Box 1347
   Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JUL 2 8 2006
_____                    _____
CLERK                                              DATE

_Evette Wata_ (signature)
_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br><br>7/31/06 |
| NAME OF SERVER (PRINT)<br><br>Thomas Lyle | TITLE<br><br>I.C |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Secretary of State
Federal & Duke of York St Dover DE 19901

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/31/06          Thomas Lyle
             Date             Signature of Server
                              800 King St.
                              Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure