# United States District Court

### DISTRICT OF DELAWARE

AMERICAN INTERNATIONAL GROUP, INC.,

    Plaintiff,

    v.

C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06 - 463

TO:    C.V. STARR & CO., INC.
         c/o Corporation Service Company
         2711 Centerville Road
         Suite 400
         Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Rodger D. Smith II, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

*Evette Waters* (signature)
BY DEPUTY CLERK

JUL 2 8 2006

DATE

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-31-06 |
| NAME OF SERVER (PRINT) Pat Boylan | TITLE IC driver |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Corporation Service Company 2711 Centreville Rd Suite 400 Wilmington, DE 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-31-06
Date

Signature of Server

Address of Server 500 N King St Wilmington, DE 19801

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure