IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) C.A. No. 06-463 <br> C.V. STARR & CO., INC. and AMERICAN ) <br> INTERNATIONAL MARINE AGENCY OF ) <br> NEW YORK, INC., ) <br> ) <br> Defendants. ) | |

### AIG'S MOTION FOR TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, PRELIMINARY INJUNCTION

Plaintiff, American International Group, Inc. ("AIG"), hereby moves pursuant to Fed. R. Civ. P. 65 for a temporary restraining order, or in the alternative, a preliminary injunction enjoining defendants, C.V. Starr & Co., Inc. and American International Marine Agency of New York, Inc., from further infringing AIG's federally registered trademarks. The bases for this motion are set forth more fully in AIG's Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Plaintiff*
  *American International Group, Inc.*

OF COUNSEL:

Jeffrey A. Conciatori
Michael B. Carlinsky
Jennifer J. Barrett
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010-1601
(212) 849-7000

August 8, 2006

531790

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.V. STARR & CO., INC. and AMERICAN )<br>INTERNATIONAL MARINE AGENCY OF )<br>NEW YORK, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 06-463 |

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED, having considered Plaintiff American International Group, Inc.'s ("AIG") Motion For Temporary Restraining Order, Or In The Alternative, A Preliminary Injunction, and AIG's Opening Brief in support of that motion, that:

1. AIG has satisfied the standards set forth under Fed. R. Civ. P. 65 for the entry of a temporary restraining order, or in the alternative, a preliminary injunction; and

2. Pending a final hearing on the merits, defendants, and all those in active concert or participation with them, are hereby enjoined from using the designation AMERICAN INTERNATIONAL MARINE AGENCY, the marks AMERICAN INTERNATIONAL, AI, AIMA, or any colorable imitations thereof, or anything confusingly similar thereto.

_____
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were caused to be served on August 8, 2006, upon the following in the manner indicated:

**BY HAND**

Edward P. Welch
Edward B. Micheletti
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com