IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-463 (SLR) |
| v. ) | |
| ) | |
| C.V. STARR & CO., INC. and AMERICAN ) | |
| INTERNATIONAL MARINE AGENCY OF ) | |
| NEW YORK, INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF MAILING**

Rodger D. Smith II declares as follows:

1.  I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff American International Group, Inc. in this action.

2.  Defendant American International Marine Agency of New York, Inc. is a New York corporation, which maintains an office at 90 Park Avenue, 7th Floor, New York, New York 10016.

3.  The Summons and Complaint in this action were served on defendant American International Marine Agency of New York, Inc. on July 31, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on July 31, 2006 (D.I. 5).

4.  On July 31, 2006, copies of the Summons and Complaint were sent by registered mail to American International Marine Agency of New York, Inc., together with a notice stating that the service of the originals of such process had been made upon the Delaware

Secretary of State, and that under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon American International Marine Agency of New York, Inc. personally within this State. See Exhibit A.

5. The registered mail return receipt shows that American International Marine Agency of New York, Inc. received the registered letter and attached Summons and Complaint on August 4, 2006. See Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2006.  _____
  Rodger D. Smith II

531534

# EXHIBIT A

## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

July 31, 2006

**BY REGISTERED MAIL**

American International Marine Agency of New York, Inc.
90 Park Avenue, 7th Floor
New York, NY 10016

Re:  American International Group, Inc. v. C.V. Starr & Co., Inc. and American International Marine Agency of New York, Inc., C.A. No. 06-463 (D. Del.)

Dear Sir/Madam:

Enclosed are copies of the Summons and the Complaint that were filed with the U.S. District Court for the District of Delaware in the above-referenced action, the originals of which were served upon the Secretary of State of the State of Delaware on your behalf. Under 10 Del. C. § 3104(d), such service is as effectual to all intents and purposes as if made personally upon you within the State of Delaware.

Sincerely,

Rodger D. Smith II

RDS/dal
Enclosures
530880

# EXHIBIT B

Case 1:06-cv-00463-SLR   Document 12   Filed 08/16/2006   Page 5 of 6



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RA12 2400 232U S**
Status: **Delivered**

Your item was delivered at 1:22 pm on August 04, 2006 in NEW YORK, NY 10016.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INS[...]
Preserving t[...]                                                                    [...]unts

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Int'l. Marine
Agency of New York, Inc.
90 Park Ave., 7th Fl.
New York, NY 10016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Philip Taylor_   ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   RA 122 400 232 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540