IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Case No. 06-463<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO TRANSFER

Defendants C.V. Starr & Co. Inc. and American International Marine Agency of New York, Inc., hereby move the Court for an order transferring this case to the United States District Court for the Southern District of New York.

DATED: August 16, 2006

                                     _____
                                     Edward P. Welch (I.D. No. 671)
                                     Edward B. Micheletti (I.D. No. 3794)
                                     Jenness E. Parker (I.D. No. 4659)
                                     SKADDEN, ARPS, SLATE, MEAGHER
                                       & FLOM LLP
                                     One Rodney Square
                                     P.O. Box 636
                                     Wilmington, Delaware 19899-0636
                                     (302) 651-3000
                                     Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, Edward B. Micheletti, hereby certify that on August 16, 2006, a copy of the Motion to Transfer, Opening Brief In Support of Defendants' Motion To Transfer Venue, proposed Order, Transmittal Affidavit of Jennesse E. Parker To Defendants' Opening Brief In Support of Their Motion To Transfer and Compendium of Unreported Opinions were served on the following counsel of record :

<u>VIA CM/ECF</u>
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000