IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C. V. STARR & CO., INC. and AMERICAN ) <br> INTERNATIONAL MARINE AGENCY OF ) <br> NEW YORK, INC., ) <br> ) <br> Defendants. ) | C.A. No. 06-463 |

**DECLARATION OF WILLIAM EASON**

WILLIAM EASON, under penalty of perjury, declares as follows:

1. I am Executive Vice President of Starr Aviation Agency, Inc., located at 3353 Peachtree Road, NE, Suite 1000, Atlanta, GA 30326 ("Starr Aviation"). Starr Aviation was formerly known as American International Aviation Agency, Inc., or "AIAA". The facts in this Declaration are based on my own personal knowledge.

2. Until January 26 of this year, AIAA had served as a managing general agent for certain insurance company subsidiaries of American International Group, Inc. ("AIG") since AIG's formation in 1967. AIAA predated AIG, having been formed in 1961.

3. Starr Aviation is a worldwide underwriter of aviation insurance, and a provider of specialized aviation underwriting, safety, and claims services.

4. On January 26, 2006, we received a letter from Ralph Mucerino, Vice President of AIG, terminating AIAA's authority to act as an agent for any AIG subsidiary insurance company, effective immediately.

5.  Starr Aviation has continued its business following said termination, and in conjunction with Berkshire Hathaway Group, underwrites similar risks that it previously underwrote as a managing general agent for AIG member insurance companies. AIG directly competes with us through its AIG Aviation unit.

6.  Following the AIG termination, we began the process of changing our name to Starr Aviation. Because of state regulatory requirements, this took us several months. I understand the details of the process are set forth in the Keane Declaration.

7.  During that period, we continued to meet with customers and potential customers even before we had replacement insurance companies lined up, because we were confident appropriate contractual relationships would be finalized.

8.  At no time after the termination, but before we changed our name to Starr Aviation, did we encounter any alleged trademark or name confusion among customers that affected the business decisions of the brokers with which we deal. (Nor have we encountered any such confusion after the name change.)

9.  I note that the separation of the C. V. Starr & Co., Inc. agencies from AIG has received enormous publicity in the trade press.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed in New York, New York on August 15, 2006.

Respectfully submitted,

WILLIAM EASON

## CERTIFICATE OF SERVICE

I, Edward B. Micheletti, hereby certify that on August 16, 2006, a copy of Defendants' Opposition to AIG's Motion for a Preliminary Injunction, Declaration of Kenneth A. Plevan, Declaration of Richard Shaak, Declaration of William J. Weichold, Declaration of Honora Keane, Declaration of William Eason and Declaration of Charles Capozzoli were served on the following counsel of record:

VIA CM/ECF
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000