IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C. V. STARR & CO., INC. and AMERICAN )<br>INTERNATIONAL MARINE AGENCY OF )<br>NEW YORK, INC., )<br>)<br>Defendants. ) | C.A. No. 06-463 |

## DECLARATION OF WILLIAM J. WEICHOLD

WILLIAM J. WEICHOLD, under penalty of perjury, declares as follows:

1. I am President of C.V. Starr & Co., located at 101 Second St., San Francisco, California 94105 ("C.V. Starr California"). The facts in this Declaration are based on my own personal knowledge.

2. Until May 15 of this year, C.V. Starr California had served as a managing general agent for certain insurance company subsidiaries of American International Group, Inc. ("AIG") since AIG's formation in 1967. C.V. Starr California predated AIG, having been incorporated in California in 1953.

3. C.V. Starr California specializes in underwriting excess commercial casualty insurance for public entities and residential and commercial contractors.

4. On February 16, 2006, I received a letter from Ralph Mucerino, Vice President of AIG, terminating C.V. Starr's authority to act as an agent for any AIG subsidiary insurance company, effective on May 15, 2006.

5. C.V. Starr has continued its business following the effective date of the termination, and now serves as a managing general agent for Everest National Insurance Company, underwriting similar risks that it previously underwrote as a managing general agent for AIG subsidiaries.

6. In order to directly compete with us, AIG established a new business unit called AIG Specialty Excess, which underwrites the same and similar coverage that was previously underwritten for AIG subsidiaries by C.V. Starr California. A true and correct copy of AIG's February 27, 2006 press release announcing the establishment of this new AIG unit is attached hereto as Exhibit A.

7. In its counterclaims in the pending New York lawsuit, AIG has argued that our customers (mostly highly sophisticated insurance brokers) will confuse us with AIG. I strongly disagree. The separation of the C. V. Starr & Co., Inc. agencies from AIG has received enormous publicity in the trade press. In addition, because our customers are highly sophisticated, they know who they are doing business with. Finally, AIG is aggressively competing with us, especially for the annual renewals of existing policies. Under these circumstances, it is difficult to believe that any customers will be confused, and we have not to my knowledge experienced any such confusion in the market.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed in New York, New York on August 15, 2006.

Respectfully submitted,

WILLIAM J. WEICHOLD

# Exhibit A

# News



Contact:   Joe Norton
           Director of Public Relations
           212/770-3144

## AIG SPECIALTY EXCESS ESTABLISHED TO UNDERWRITE DIFFICULT-TO-PLACE CLASSES OF BUSINESS INCLUDING CONSTRUCTION, TRANSPORTATION, PUBLIC ENTITIES AND EDUCATIONAL INSTITUTIONS

NEW YORK, February 27, 2006 – The AIG Companies have formed AIG Specialty Excess, an umbrella and excess casualty underwriting unit that will concentrate on insuring specialty and difficult-to-place classes of business including construction, transportation, public entities and educational institutions.

Effective May 15, 2006, AIG Specialty Excess will respond to all in-force business, as well as new and renewal business currently handled by the C.V. Starr & Co. agency, a subsidiary of C.V. Starr & Co., Inc. AIG Specialty Excess will operate nationwide.

AIG Specialty Excess President Chris Maleno said, "The AIG Companies are well established as the nation's leading providers of commercial umbrella and excess casualty insurance, supporting the brokerage community and our customers with more than 40 years experience in underwriting and managing complex excess casualty claims." Mr. Maleno has been with the AIG Companies for 11 years, and is also President of AIG Excess Casualty.

*For information concerning underwriting or claims, contact Todd Germano Senior Vice President, AIG Specialty Excess at 212/458-5849, or email AIGSpecialtyExcess@aig.com.*

#   #   #

American International Group, Inc. (AIG), world leaders in insurance and financial services, is the leading international insurance organization with operations in more than 130 countries and jurisdictions. AIG companies serve commercial, institutional and individual customers through the most extensive worldwide property-casualty and life insurance networks of any insurer. In addition, AIG companies are leading providers of retirement services, financial services and asset management around the world. AIG's common stock is listed in the U.S. on the New York Stock Exchange and ArcaEx, as well as the stock exchanges in London, Paris, Switzerland and Tokyo.

#   #   #

**AIG Companies®**
70 Pine Street, New York, NY 10270

**CERTIFICATE OF SERVICE**

I, Edward B. Micheletti, hereby certify that on August 16, 2006, a copy of Defendants' Opposition to AIG's Motion for a Preliminary Injunction, Declaration of Kenneth A. Plevan, Declaration of Richard Shaak, Declaration of William J. Weichold, Declaration of Honora Keane, Declaration of William Eason and Declaration of Charles Capozzoli were served on the following counsel of record:

> VIA CM/ECF
> Rodger D. Smith II, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

> /s/ Edward B. Micheletti
> Edward B. Micheletti (I.D. No. 3794)
> SKADDEN, ARPS, SLATE, MEAGHER
>   & FLOM LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899-0636
> (302) 651-3000