IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-463 |
| ) | |
| C.V. STARR & CO., INC. and AMERICAN ) | |
| INTERNATIONAL MARINE AGENCY OF ) | |
| NEW YORK, INC., ) | |
| ) | |
| Defendants. ) | |

## **DECLARATION OF RICHARD SHAAK**

RICHARD SHAAK, under penalty of perjury, declares as follows:

1.  I am President of Starr Technical Risks Agency, Inc. ("Starr Tech"), located at 90 Park Avenue, New York, New York, 10016. The facts in this Declaration are based on my own personal knowledge.

2.  From its formation in 1967 until February of this year, Starr Tech served primarily as a managing general agent for several insurance companies that are subsidiaries of American International Group, Inc. ("AIG").

3.  Starr Tech specializes in underwriting commercial property insurance for complex industrial risks, and provides loss control engineering services to insureds in energy-related and technical industries.

4.  On February 16, 2006, I received a letter from Ralph Mucerino, Vice President of AIG, terminating Starr Tech's authority to act as an agent for any AIG subsidiary insurance company, effective at the end of that day.

5. Starr Tech has continued its business following the effective date of the AIG termination, and now serves as an agent for two insurance carriers -- ACE USA and National Indemnity Co., a subsidiary of Berkshire Hathaway Group -- underwriting the same commercial property insurance that it previously underwrote as a managing general agent for AIG subsidiaries, and continuing to provide engineering services to insureds.

6. In order to directly compete with us, AIG, through its AIG Global Energy unit and its newly formed division AIG Global Energy-North America, underwrites the same commercial property insurance that was previously underwritten for it by Starr Tech. The newly formed AIG Global Energy North America unit has set up offices across the country in the same areas as our established regional offices. A true and correct copy of AIG's February 17, 2006 press release announcing its intent to try to take over our customers is attached hereto as Exhibit A.

7. In its counterclaims in the pending New York lawsuit, AIG has argued that our customers (highly sophisticated insurance brokers and buyers) will confuse us with AIG. I strongly disagree. The separation of the C. V. Starr & Co., Inc. agencies from AIG has received enormous publicity in the trade press. In addition, our customers are highly sophisticated, and know who they are doing business with. Finally, AIG is aggressively competing with us, especially for the annual renewals of existing policies. Under these circumstances, it is difficult to believe that any customers will be confused, and we have not, to my knowledge, observed any such confusion in the market.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed in New York, New York on August 15, 2006.

Respectfully submitted,

RICHARD SHAAK

# Exhibit A

# News



Contact:    Joe Norton
            Director of Public Relations
            212/770-3134

## AIG COMPANIES TERMINATE AGENCY RELATIONSHIPS WITH

## STARR TECHNICAL RISKS AGENCY, INC.

NEW YORK, February 17, 2006 – American International Group, Inc. (AIG) has announced that the AIG Companies have today terminated the agency relationship with Starr Technical Risks Agency, Inc. and its subsidiaries (Starr Tech), insurance agencies owned by C.V. Starr & Co., Inc.

All current and future underwriting, claims, loss control and administrative functions relating to accounts formerly underwritten by Starr Tech on behalf of the AIG Companies will be managed by New York-based AIG Global Energy, which already provides insurance and risk management programs to energy and energy-related companies worldwide.

AIG Global Energy has expanded its scope of operations by creating a new division, AIG Global Energy-North America, to serve the worldwide property insurance needs of insurance customers in North America. AIG Global Energy-North America will initially have offices in New York, Hartford, CT, and Houston, TX, as well as Toronto and London.

*For information concerning underwriting or claims, please contact Michael Joannou at 212-458-3726, or email Michael.Joannou@aig.com.*

#   #   #

American International Group, Inc. (AIG), world leaders in insurance and financial services, is the leading international insurance organization with operations in more than 130 countries and jurisdictions. AIG companies serve commercial, institutional and individual customers through the most extensive worldwide property-casualty and life insurance networks of any insurer. In addition, AIG companies are leading providers of retirement services, financial services and asset management around the world. AIG's common stock is listed in the U.S. on the New York Stock Exchange and ArcaEx, as well as the stock exchanges in London, Paris, Switzerland and Tokyo.

#   #   #

**American International Group, Inc.**
70 Pine Street, New York, NY 10270

**CERTIFICATE OF SERVICE**

I, Edward B. Micheletti, hereby certify that on August 16, 2006, a copy of Defendants' Opposition to AIG's Motion for a Preliminary Injunction, Declaration of Kenneth A. Plevan, Declaration of Richard Shaak, Declaration of William J. Weichold, Declaration of Honora Keane, Declaration of William Eason and Declaration of Charles Capozzoli were served on the following counsel of record:

<div style="margin-left: 2em;">

VIA CM/ECF
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

</div>

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000