IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC.,<br><br>    Plaintiff,<br>        v.<br><br>C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Case No. 06-463<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that this action is transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York.

 

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Edward B. Micheletti, hereby certify that on August 16, 2006, a copy of the Motion to Transfer, Opening Brief In Support of Defendants' Motion To Transfer Venue, proposed Order, Transmittal Affidavit of Jennesse E. Parker To Defendants' Opening Brief In Support of Their Motion To Transfer and Compendium of Unreported Opinions were served on the following counsel of record :

<u>VIA CM/ECF</u>
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000