## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
(302) 651-3000
FAX: (302) 651-3001
http://www.skadden.com

DIRECT DIAL
(302) 651-3220
DIRECT FAX
(888) 329-2294
EMAIL ADDRESS
EMICH@SKADDEN.COM

AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

August 17, 2006

**BY HAND DELIVERY AND E-FILING**

Honorable Sue L. Robinson
Chief Judge
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

        Re:    *American International Group, Inc., v. C.V. Starr & Co., Inc. and American International Marine Agency of New York, Inc.*, Case No. 06-463

Dear Chief Judge Robinson:

        We represent Defendants in the above-titled action. At the end of our August 9, 2006 conference call, Your Honor requested that the parties keep the Court informed of any developments in the action between Plaintiff and Defendant C.V. Starr & Co., Inc. ("C.V. Starr") currently pending before Judge Baer in the United States District Court, Southern District of New York.

        Accordingly, attached to this letter is a copy of Judge Baer's order, which was issued earlier today, denying C.V. Starr's motion to enjoin the parties in the New York action from proceeding with the above-titled action. In so ordering, however, Judge Baer commented that "it appears that the factors identified in 28 U.S.C. § 1404(a) favor transfer of the Delaware Action to this court. . . ."

Honorable Sue L. Robinson
August 17, 2006
Page 2

        Defendants remain available at the Court's convenience to discuss this matter further.

        Respectfully,

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)

Enclosure

cc:   Rodger D. Smith, Esquire (w/encl.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

C.V. Starr & Co., Inc., et al.,

  Plaintiffs,

  -against-

American International
Group, Inc., et al.,

  Defendants.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/06
```

06 Civ. 2157 (HB)

**ORDER**

**Hon. Harold Baer, Jr., District Judge:**

  WHEREAS, by Order to Show Cause dated August 2, 2006, plaintiffs moved to enjoin a related action filed by defendants on July 28, 2006 in the District of Delaware (Case No. 06-463 (the "Delaware Action")); and

  WHEREAS, oral argument on plaintiffs' application was held on August 11, 2006; and

  WHEREAS, although it appears that the factors identified in 28 U.S.C. § 1404(a) favor transfer of the Delaware Action to this Court, the Delaware action does not involve parties and issues identical to those implicated by this action; and

  WHEREAS, an injunction is therefore inappropriate, see Computer Assocs. Int'l Inc., v. Altai, Inc., 893 F.2d 26, 29 (2d Cir. 1990) ("Since the claims presented by [defendant] in the [subsequent] action were not compulsory counterclaims to the claims in [the first] action, an injunction against the further prosecution of the [subsequent] action would have been inappropriate under the first-filed rule."); it is hereby

  ORDERED that plaintiffs' application for an injunction prohibiting defendants from prosecuting the Delaware Action is DENIED. The Clerk of the Court is directed to close this motion and to remove it from my docket.

**SO ORDERED.**

August 17, 2006
New York, New York

                _____
                    U.S.D.J.