**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AMERICAN INTERNATIONAL GROUP, INC.,                           :
                                                              :
      Plaintiff,                                               :
                  v.                                      :  Case No. 06-463
                                                              :
C.V. STARR & CO., INC. and AMERICAN                           :
INTERNATIONAL MARINE AGENCY OF                                :
NEW YORK, INC.,                                               :
                                                              :
      Defendants.                                              :
                                                              :

## STIPULATION AND ORDER EXTENDING TIME

        IT IS HEREBY STIPULATED by and between the undersigned counsel,

subject to the approval of the Court, that the time within which Defendants C.V. Starr &

Co., Inc. and American International Marine Agency of New York, Inc., must respond to

the Complaint is extended through and including August 28, 2006.

DATED:  August 18, 2006


/s/ Rodger D. Smith
Rodger D. Smith II (I.D. No. 3778)
MORRIS, NICHOLS, ARSHT
   & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorney for Plaintiff


OF COUNSEL:
Jeffrey A. Conciatori
Michael B. Carlinsky
Jennifer J. Barrett
QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010-1601

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
Jenness E. Parker (I.D. No. 4659)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000
Attorneys for Defendants


OF COUNSEL:
Kenneth A. Plevan
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, NY  10036


SO ORDERED this ____ day of August, 2006


_____
Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

      I, Edward B. Micheletti, hereby certify that on August 18, 2006, a copy of the

Stipulation and Order Extending Time were served on the following counsel of record:

> <u>VIA CM/ECF</u>
> Rodger D. Smith II, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

> /s/ Edward B. Micheletti
> Edward B. Micheletti (I.D. No. 3794)
> SKADDEN, ARPS, SLATE, MEAGHER
>   & FLOM LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware  19899-0636
> (302) 651-3000

1