IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br>Plaintiff,<br><br>v.<br><br>C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC.,<br><br>Defendants. | C.A. No. 06-463-SLR |

### DECLARATION OF EDYTHE CHILDS

EDYTHE CHILDS hereby declares as follows:

1. I am currently the Director of Human Resources Processing and Information Services for American International Group, Inc. ("AIG"). I have been employed by entities within the AIG group of companies for approximately 24 years.

2. I make this declaration in support of Plaintiff's opposition to Defendants' Motion to Transfer. The facts set forth below are based on a review of AIG's books and records, and are true to the best of my knowledge.

3. AIG's wholly owned subsidiary American Life Insurance Company ("ALICO"), AIG's international life and annuity company, is headquartered in Wilmington, Delaware. Another AIG wholly owned subsidiary, AIG Marketing, Inc., which performs a large segment of AIG's personal lines business, is also headquartered in Wilmington, Delaware.

4. As of July 2006, AIG's member companies had approximately 3,160 employees located in Delaware.

I declare, on this 25th day of August 2006, under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

By: _____
Edythe Childs

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 28, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Edward P. Welch
> Edward B. Micheletti
> Jenness E. Parker
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

I also certify that copies were caused to be served on August 28, 2006 upon the following in the manner indicated:

### BY HAND

> Edward P. Welch
> Edward B. Micheletti
> Jenness E. Parker
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Rodney Square
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> Kenneth A. Plevan
> John L. Gardiner
> Anthony J. Dreyer
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> Four Times Square
> New York, NY  10036

> /s/ Rodger D. Smith II
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE  19801
> (302) 658-9200
> rsmith@mnat.com

533760