IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC., <br><br> Defendants. | C.A. No. 06-463-SLR |

## DECLARATION OF OMAR PADRON

OMAR PADRON hereby declares as follows:

1. I am currently a Director with the American International Group, Inc. ("AIG") Domestic Brokerage Group ("DBG") Comptrollers Financial Accounting Department. I have been employed within AIG for 16 years.

2. I make this declaration in support of Plaintiff's opposition to Defendants' Motion to Transfer Venue. The facts set forth below are based on a review of AIG's books and records, and are true to the best of my knowledge.

3. In 2005, the insurance companies within DBG, AIG's commercial property and casualty business segment, wrote $279,214,168 in premium in Delaware and paid losses totaling $94,866,056 in Delaware.

4. From 2001-2005, the insurance companies within DBG have written more than $3.6 billion in premium in Delaware.

I declare, on this 25th day of August 2006, under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

By: _____
Omar Padron

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 28, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Edward P. Welch
> Edward B. Micheletti
> Jenness E. Parker
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

I also certify that copies were caused to be served on August 28, 2006 upon the following in the manner indicated:

### BY HAND

> Edward P. Welch
> Edward B. Micheletti
> Jenness E. Parker
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Rodney Square
> Wilmington, DE 19801

### BY FEDERAL EXPRESS

> Kenneth A. Plevan
> John L. Gardiner
> Anthony J. Dreyer
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> Four Times Square
> New York, NY 10036

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
rsmith@mnat.com

533760