IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., : <br> : <br> Plaintiff, : <br> v. : <br> : <br> C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC., : <br> : <br> Defendants. | Case No. 06-463-SLR |

## MOTION TO DISMISS

Defendants C. V. Starr & Co., Inc. and American International Marine Agency of New York, Inc. hereby move, through their undersigned counsel, to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for reasons more fully set forth in a brief filed herewith.

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
Jenness E. Parker (I.D. No. 4659)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorneys for Defendants

OF COUNSEL:
Kenneth A. Plevan
John L. Gardiner
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

DATED: August 28, 2006

**CERTIFICATE OF SERVICE**

      I, Edward B. Micheletti, hereby certify that on August 28, 2006, a copy of the Motion to Dismiss was served on the following counsel of record:

<u>VIA CM/ECF</u>

Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

                              /s/ Edward B. Micheletti
                              Edward B. Micheletti (I.D. No. 3794)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, Delaware  19899-0636
                              (302) 651-3000