IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-463 (SLR) |
| v. ) | |
| ) | |
| C.V. STARR & CO., INC. and AMERICAN ) | |
| INTERNATIONAL MARINE AGENCY ) | |
| OF NEW YORK, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey A. Conciatori, Quinn Emanuel Urquhart Oliver & Hedges, LLP, 335 Madison Avenue, 17th Floor, New York, New York 10017 to represent plaintiff American International Group, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorney for Plaintiff*
  *American International Group, Inc.*

August 29, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: *August 28, 2006*

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 17th Fl.
New York, NY 10017
(212) 702-8100

532546

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 29, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Edward P. Welch
> Edward B. Micheletti
> Jenness E. Parker
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

I also certify that copies were caused to be served on August 29, 2006 upon the following in the manner indicated:

### BY HAND

> Edward P. Welch
> Edward B. Micheletti
> Jenness E. Parker
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Rodney Square
> Wilmington, DE 19801

### BY FEDERAL EXPRESS

> Kenneth A. Plevan
> John L. Gardiner
> Anthony J. Dreyer
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> Four Times Square
> New York, NY 10036

> /s/ Rodger D. Smith II
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE 19801
> (302) 658-9200
> rsmith@mnat.com

533760