# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3220
DIRECT FAX
(888) 329-2294
EMAIL ADDRESS
EMICH@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 29, 2006

**VIA E-FILE**
**AND HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
U.S. District Court for the District
 of Delaware
844 North King Street
Room 4209
Wilmington, DE 19801

RE:   American International Group, Inc. v. C.V. Starr
         & Co., Inc., et al., C. A. No. 06-463-SLR

Dear Judge Robinson:

We write on behalf of Defendants in the above-titled action.

It is Defendants' understanding that the order set forth by the Court during the August 9th scheduling teleconference was intended to also govern the briefing and argument on their motion to transfer pursuant to 28 U.S.C. § 1404(a). That schedule did not provide Defendants with the opportunity to file a reply brief in support of their motion. To the extent that Defendants were entitled to a reply brief, we write to notify the Court, pursuant to local rule 7.1.2, that Defendants do not intend to file a reply brief in support of their motion.

Defendants, however, will be prepared to present oral argument on the motion to transfer at tomorrow's hearing, if the Court so prefers.

Respectfully,

*/s/ Edward B. Micheletti*
Edward B. Micheletti (#3794)

cc:   Rodger D. Smith II, Esquire (#3778) (By Facsimile)
       Clerk of the Court (By Hand)

467527.01-Wilmington Server 1A - MSW