IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-463-SLR |
| C.V. STARR & CO., INC. and AMERICAN INTERNATIONAL MARINE AGENCY OF NEW YORK, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, and ORDERED by the Court, as follows:

1. Defendants shall cease any and all use of "American International," "American International Marine Agency of New York, Inc.," "AI" or "AIMA" (hereinafter the "Marks"), as a trademark, service mark, trade name, corporate or company name by no later than November 15, 2006, provided, however, that defendants shall be entitled to relief from that deadline if they can demonstrate, through live testimony, at a hearing to be held before this Court on November 21, 2006 at 4:30 p.m.:  (1) that the failure to satisfy that deadline is due to circumstances outside of defendants' control; (2) that the failure to satisfy that deadline was not due to intentional acts by defendants; and (3) that defendants have used and will continue to use reasonable best efforts to secure any and all regulatory approvals necessary to cease any and all use of the Marks.

2. Defendants shall not use the Marks in any marketing or advertising, in any form of media, with the exception of the "Starr Power" advertisement attached hereto as


Exhibit A. This exception will be without prejudice to the parties' respective positions concerning the use or ownership of the "Starr" trademark.

    3.    This action shall be stayed pending further order of the Court.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Edward B. Micheletti* |
| Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>  Attorneys for Plaintiff | Edward P. Welch (#671)<br>Edward B. Micheletti (#3794)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000<br>emich@skadden.com<br>  Attorneys for Defendants |
| OF COUNSEL: | OF COUNSEL: |
| Jeffrey A. Conciatori<br>Michael B. Carlinsky<br>Jennifer J. Barrett<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010-1601<br>(212) 849-7000 | Kenneth A. Plevan<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036 |

SO ORDERED this ___ day of _____ 2006.

_____
United States District Court Judge

535111

| SAWYER MILLER ADVERTISING | | PRINT APPROVAL | W/C | OK | DATE |
|---|---|---|---|---|---|
| JOB NUMBER: M0510A | SET UP BY: pjp | | | | |
| CLIENT: CV STARR | FILE PAGE: 1 | | | | |
| FOLDER: POWER | PROOF: 2 | | | | |
| FILE NAME: M0510A 7 x 10 | DATE/TIME: 5/22/06 | | | | |

# STARR POWER

It's the power of our four specialist companies,
AIMA, C.V. Starr & Co., Starr Aviation, Starr Tech, operating globally,
helping some of the most high-risk ventures on earth
manage risk and insure against loss.

Whether it's an oil refinery in the Middle East.

A construction site in Malibu

A jumbo jet at 39,000 feet.

Or a container ship on the high seas

The power of specialists with peerless
expertise in high-risk exposures.

Backed by the strength of high-quality insurance carriers.

With an unmatched level of customized service

And more than 55 years of experience

That's the power of the member companies of
C.V. Starr & Co., Inc.

## C.V. STARR & CO., INC.

AIMA · C V STARR & CO · STARR AVIATION · STARR TECH

cvstarrco.com

JOB #: M0510A
4/c Page
7 x 10

BEST REVIEW, NATIONAL UNDERWRITER,
RISK MANAGEMENT

This advertisement prepared by Sawyer Miller Advertising
0506

CLIENT: CV STARR