IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., : <br> : <br> Plaintiff, : <br> v. : Case No. 06-463 <br> : <br> C.V. STARR & CO., INC. and AMERICAN : <br> INTERNATIONAL MARINE AGENCY OF : <br> NEW YORK, INC., : <br> : <br> Defendants. : <br> : | |

**STIPULATION AND ORDER TO EXTEND TIME**

**WHEREAS**, on August 30, 2006, under the Court's guidance, the Parties entered into a stipulation under which the Defendants herein agreed (i) to change the name of defendant American International Marine Agency of New York, Inc. ("AIMA") to eliminate references to "AI" or "American International" by November 15, 2006, and (ii) to cease all use of the said identifiers as names or trademarks after that date;

**WHEREAS**, Defendants have represented to Plaintiff that they have complied with the mandates set forth in the August 30, 2006 stipulation;

**WHEREAS**, the Parties have been engaging in settlement discussions in this and related lawsuits in other jurisdictions;

**WHEREAS**, the Parties agree that the hearing scheduled for November 21, 2006, at 5 p.m. should be postponed approximately 30 days to allow the Parties additional time to finalize and memorialize those discussions;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that the November 21, 2006 hearing should be postponed,

respectfully, approximately 30 days until a date and time convenient for the Court and the Parties. This Stipulation shall not constitute a waiver of, or otherwise affect, any rights of the Parties.

Dated this 20th day of November, 2006.

/s/ Rodger D. Smith
Rodger D. Smith II (I.D. No. 3778)
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorney for Plaintiff

OF COUNSEL:
Jeffrey A. Conciatori
Michael B. Carlinsky
Jennifer J. Barrett
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
Jenness E. Parker (I.D. No. 4659)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorneys for Defendants

OF COUNSEL:
Kenneth A. Plevan
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, NY 10036

SO ORDERED this ____ day of November, 2006

_____
Honorable Sue L. Robinson