**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., : | |
| : | |
| Plaintiff, : | |
| v. : | C.A. No. 06-463-SLR |
| : | |
| C.V. STARR & CO., INC. and AMERICAN : | |
| INTERNATIONAL MARINE AGENCY OF : | |
| NEW YORK, INC., : | |
| : | |
| Defendants. : | |
| : | |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel of record on behalf of their respective clients that the above-captioned action, and all claims and counterclaims therein, be and hereby are dismissed with prejudice and with each party to bear their own costs, fees and expenses, including attorneys' fees.

Dated this 7th day of December, 2006.

| | |
|---|---|
|      s/ Rodger D. Smith II      |      s/ Edward B. Micheletti      |
| Rodger D. Smith II (I.D. No. 3778) | Edward P. Welch (I.D. No. 671) |
| MORRIS, NICHOLS, ARSHT | Edward B. Micheletti (I.D. No. 3794) |
|   & TUNNELL LLP | Jenness E. Parker (I.D. No. 4659) |
| 1201 N. Market Street | SKADDEN, ARPS, SLATE, MEAGHER |
| P.O. Box 1347 |   & FLOM LLP |
| Wilmington, DE 19899 | One Rodney Square |
| (302) 658-9200 | P.O. Box 636 |
| rsmith@mnat.com | Wilmington, Delaware 19899-0636 |
| Attorney for Plaintiff | (302) 651-3000 |
| | emich@skadden.com |
| | Attorneys for Defendants |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Jeffrey A. Conciatori | Kenneth A. Plevan |
| Michael B. Carlinsky | SKADDEN, ARPS, SLATE, MEAGHER |
| Jennifer J. Barrett |   & FLOM LLP |
| QUINN EMANUEL URQUHART | Four Times Square |
|   OLIVER & HEDGES, LLP | New York, NY 10036 |
| 51 Madison Avenue, 22nd Floor | |
| New York, NY 10010-1601 | |

SO ORDERED this ____ day of December, 2006

_____
Honorable Sue L. Robinson